Michael L. Greenwald (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: 561.826.5477
mgreenwald@gdrlawfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard P. Fisher, | ) Case No. 2:15-cv-00938-SRB |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| Synergetic Communication, Inc., | ) **DISMISSAL WITH PREJUDICE** |
| Defendant. | ) |
| _____ | ) |

Richard P. Fisher, pursuant to Fed. R. Civ. 41(a)(1)(A)(i), hereby voluntarily dismisses this action, with prejudice.

DATED:  July 31, 2015          Respectfully Submitted,

/s/ Michael L. Greenwald
Michael L. Greenwald (*pro hac vice*)
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL  33431
Tel: (561) 826-5477
Fax: (866) 961-5684
mgreenwald@gdrlawfirm.com

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2015, the foregoing document was filed with the Court using CM/ECF, which will send notification to all parties of record:

Keith A. Yeomans
Carlson & Messer LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA  90045
YeomansK@cmtlaw.com

Attorneys for Defendant

                                     /s/Michael L. Greenwald
                                     Michael L. Greenwald